UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>DEAN MILLER,<br>　　　　Defendant. | )<br>)<br>)<br>) CAUSE NO. 1:18-cr-00234-TWP-MJD<br>)<br>)<br>) |

## REPORT AND RECOMMENDATION

On November 7, 2022, and January 19, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on October 27, 2022. [Dkt. 50.] Defendant appeared in person and by FCD counsel William Dazey . Government represented by AUSA Will McCoskey and AUSA Patrick Gibson. USPO represented by Adriene Boren.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

　　1.　　The Court advised Defendant Miller of his rights and ensured he had a copy of the Petition. Defendant orally waived his right to a preliminary hearing.

　　2.　　After being placed under oath, Defendant Miller admitted violation nos. 1 and 3 – 7 as set forth in the Petition.

　　3.　　The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| **Violation No.** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You must not commit another federal, state, or local crime."**<br><br>On October 24, 2022, a search was conducted at Mr. Miller's residence, pursuant to his conditions of federal supervised release, that resulted in his arrest and the filing of new criminal charges of Possession of Marijuana (felony) and Possession of a Firearm by a Domestic Batterer. Mr. Miller was taken into custody by the Greenwood, Indiana, Police Department. He posted bond on October 25, 2022, and was released from custody. |

3   **"You must not unlawfully possess a controlled substance."**

On October 24, 2022, a during a supervised release search at Mr. Miller's residence, officer's discovered marijuana, THC and CBD products. A search of his cell phone indicated he was dealing these products in large quantities.

4   **"You must refrain from any unlawful use of a controlled substance."**

On March 28, 2021, and August 17, 2022, Mr. Miller submitted urine samples which tested positive for cocaine.

5   **"You shall not knowingly leave the federal judicial district where you are being supervised without permission of the court/probation officer."**

On October 24, 2022, Mr. Miller's cell phone was searched, pursuant to his conditions of supervised release, which resulted in proof that he had been traveling to the State of Tennessee without the permission of his supervising officer.

6   **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."**

On October 24, 2022, a search was conducted at Mr. Miller's residence pursuant to his conditions of supervised release. The search located a loaded shotgun, various types of ammunition, crossbows and hunting gear/knives.

7   **"You shall not use or possess alcohol."**

On October 24, 2022, during a search pursuant to Mr. Miller's supervised release conditions, various bottles alcohol were located in the residence.

4.   The Court finds that:

(a)   The highest grade of violation is a Grade B violation.

(b)   Defendant's criminal history category is III.

(c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of 24 months' incarceration with no supervised release to follow, in exchange for the government not pursuing charges against Defendant for the alleged underlying firearms violation. Defendant requested placement at FCI Terre Haute, Indiana.

6. As more fully set forth on the record of the hearing, the Magistrate Judge believes that an upward departure from the guideline sentence range set forth in paragraph 4 above is appropriate in light of the seriousness of the offense and the government's agreement to forego a separate prosecution on the firearms violation.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in in violation nos. 1, 3, 4, 5, 6, and 7 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-four (24) months with no supervised release to follow. The Magistrate Judge further recommends Defendant's placement at FCI Terre Haute, Indiana.

The Defendant is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated:  19 JAN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USPO

USMS